### (December 12, 1973)

■ THOMAS M. TURNER, Respondent, *v.* STATE OF NEW YORK, Appellant. — Motion for permission to withdraw as respondent's attorney denied, without costs. (See 1 Weinstein-Korn-Miller, N. Y. Civil Prac., par. 321.13, p. 3–338.) Application by respondent for assignment of other counsel dismissed as academic. Respondent may file seven typewritten or reproduced copies of his brief. Herlihy, P. J., Staley, Jr., Sweeney, Kane and Main, JJ., concur.

■ ROSALIND I. GITLIN, Appellant, v. MELVIN GITLIN, Respondent. (And One Other Action.) — Motion to dismiss appeal denied, without costs. The appeal was properly taken as of right pursuant to CPLR 5701 (subd. [a], par. 2). Herlihy, P. J., Staley, Jr., Sweeney, Kane and Main, JJ., concur.